No. 74–813. ABRAHAM ET AL. *v.* FLORIDA ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. D–38. IN RE DISBARMENT OF DONNELLY. It is ordered that John J. Donnelly, Jr., of Geneva, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court. MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter.*

No. D–39. IN RE DISBARMENT OF ROSENBERG. It is ordered that Harvey Rosenberg, of Silver Spring, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court. MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter.*

No. D–40. IN RE DISBARMENT OF GILBERT. It is ordered that Donald E. Gilbert, of East Northport, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him so show cause why he should not be disbarred from the practice of law in this Court. MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter.*